## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

BRIAN K. WILLIAMS,          )
          )
     Petitioner,          )
          )
     vs.          )     Case No. 4:05CV00040 ERW(LMB)
          )
CHUCK DWYER,          )
          )
     Respondent.          )

### ORDER

This matter is before the court on the petition of Brian K. Williams for a writ of habeas corpus under 28 U.S.C. § 2254. The court notes that the Plea and Sentencing Transcript (Respondent's Exhibit B), is missing pages 5 and 7.

Accordingly,

**IT IS HEREBY ORDERED** that respondent shall provide copies of pages 5 and 7 of the Plea and Sentencing Transcript to the court and to petitioner forthwith.

Dated this __16th__ of October, 2007.

_Lewis M. Blanton_
_____
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE