UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN K. WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05CV00040 ERW |
| ) | |
| CHUCK DWYER, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Lewis M. Blanton [doc. #195] pursuant to 28 U.S.C. § 636(b).  The Court notes that no objections were filed to the Report and Recommendation.  After consideration of the issues, the Court hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation.  In addition, in order to issue a certificate of appealability "the applicant must make a substantial showing of the denial of a constitutional right," which the petitioner has not done in this case.  *See Slack v. McDaniel*, 529 U.S. 473, 483 (2000); *see also Langley v. Norris*, 465 F.3d 861, 863 (8th Cir. 2006).  Furthermore, the Court does not believe that reasonable jurists might find the Court's decision debatable or wrong, for purposes of issuing a certificate of appealability under 28 U.S.C. § 2253(c)(1)(A).  *Slack*, 529 U.S. at 483-84.  Therefore, the Court shall not issue a certificate of appealability as to any claim raised in the Petition.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Brian K. Williams' Petition for Writ of Habeas Corpus [doc. #2] is **DENIED.**

1

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Dated this <u>6th</u> Day of <u>February</u>, 2008.

                                                                      _____
                                                                       E. RICHARD WEBBER
                                                                       UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com